UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62683-CIV-ZLOCH

RICHARD BRIAN AKERS,

      Plaintiff,

                                      **FINAL ORDER OF DISMISSAL**

vs.

CAPITAL MANAGEMENT
SERVICES, L.P.,

      Defendant.

_____/

     THIS MATTER is before the Court upon the Joint Stipulation For Dismissal Without Prejudice (DE 7) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. The Joint Stipulation For Dismissal Without Prejudice (DE 7) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

     2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

     3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of January, 2014.



WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record